IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.      07-cv-01661-JLK-BNB

SHARON PARSONS,

     Plaintiff,

v.

PARTECH, INC.,

     Defendant.

_____

## ORDER OF DISMISSAL WITH PREJUDICE
_____

     This matter is before the Court on the parties' Stipulated Motion for Dismissal with

Prejudice (doc. #20),  filed April 16, 2008.  It is

     ORDERED that the motion is GRANTED.  The Complaint and claims therein are

DISMISSED WITH PREJUDICE.  Each party shall bear her or its own costs and fees.

     Dated this 16th day of April, 2008.

                    BY THE COURT:


                    ***S/John L. Kane***_____
                    U.S. District Court Judge